1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD T. FURNACE,                    )   No. C 06-4609 MMC (PR)
                                      )
              Plaintiff,              )   **ORDER STRIKING FIRST**
                                      )   **AMENDED COMPLAINT;**
       v.                             )   **INSTRUCTIONS TO CLERK**
                                      )
J.G. ARCEO, et al.,                   )
                                      )
              Defendants.             )
_____       )

On June 12, 2006, plaintiff, a California prisoner currently incarcerated at Salinas

Valley State Prison ("SVSP") and proceeding pro se, filed the above-titled civil rights action

under 42 U.S.C. § 1983, alleging prison officials violated his constitutional rights.  On

January 5, 2007, the Court found the complaint stated cognizable claims for relief, ordered

the complaint served upon defendants, and directed defendants to either file a dispositive

motion or a notice that they are of the opinion that such a motion is not warranted in this

case.  On May 11, 2007, defendants were granted an extension of time, to and including

July 5, 2007, in which to file a dispositive motion.  Also on May 11, 2007, plaintiff filed a

"First Amended Complaint."

Plaintiff's First Amended Complaint was not served upon defendants, as required by

Rule 5(a) of the Federal Rules of Civil Procedure.  In addition, in its January 5, 2007 Order

of Service, the Court ordered:

> All communications by the plaintiff with the Court must be served on
> defendants, or defendants' counsel once counsel has been designated, by
> mailing a true copy of the document to defendants or defendants' counsel.

As plaintiff failed to serve his the First Amended Complaint upon defendants, or their

1  counsel, the California Attorney General, it is hereby STRICKEN.  The Clerk is directed to

2  return the First Amended Complaint to plaintiff.  If plaintiff wishes to file an amended

3  complaint in this action, he must, as with all communications with the Court, serve it upon

4  defense counsel, the California Attorney General.

5       IT IS SO ORDERED.

6  DATED: June 21, 2007

7                                MAXINE M. CHESNEY

                              United States District Judge

**United States District Court**
For the Northern District of California

2